# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Flabio FLORES-MALDONADO, | ) | Case No. 13-8046-JMH |
| a/k/a "Alfredo Maldonado-Alvarado" | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

JAN 2 8 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 25, 2013  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deporation Officer Andy Korzen
*Printed name and title*

I find probable cause JMH

Sworn to before me and signed in my presence.

Date: 1-28-13

_____
*Judge's signature*

City and state:  West Palm Beach, Florida    U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over nine years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Flabio FLORES-MALDONADO, also known as Alfredo MALDONADO-ALVARADO, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3. On January 25, 2013, Flabio FLORES-MALDONADO was arrested on State law offenses and booked into the Palm Beach County Jail under the name Alfredo MALDONADO-ALVARADO. Upon booking, his fingerprints were scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"), an FBI database that matches scanned fingerprints against existing fingerprints in the system. This revealed that the subject's fingerprints matched those of Flabio FLORES-MALDONADO, an alien, who had been previously removed from the United States.

4. On or about January 25, 2013, your affiant received a certified copy of the fingerprint card containing the prints taken in connection with Flabio FLORES-MALDONADO's January 25, 2013 arrest.

5. On or about January 25, 2013, your affiant reviewed alien file assigned to Flabio FLORES-MALDONADO. Records within that immigration file show that Flabio FLORES-MALDONADO is a native and citizen of El Salvador who was ordered removed from the United States on or about December 15, 2003. A Warrant of Removal was executed on or about January 30, 2004, whereby Flabio FLORES-MALDONADO was removed from the United States. Additional records contained in the same immigration file show that Flabio FLORES-MALDONADO was convicted in 2003 of the offense of possession of cocaine.

6. On or about January 28, 2013, Immigration Enforcement Agent Cynthia Alcocer traveled to the Palm Beach County Jail and took a sworn statement from Flabio FLORES-MALDONADO after advising him of his rights under *Miranda*, which he waived. Flabio FLORES-MALDONADO admitted to being a citizen of El Salvador and that he last entered the United States in 2004, after having been previously deported from the United States in 2004. Flabio FLORES-MALDONADO further admitted that he did not seek permission to re-enter the United States.

7. Border Patrol Agent Richard Abbott compared the prints appearing on the aforementioned fingerprint card with the print appearing on the Warrant of Removal executed on or about January 30, 2004. Agent Abbott determined that the fingerprint impressions were made by one and the same person.

8. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) running the name Flabio FLORES-MALDONADO. CLAIMS is the system that tracks applications for immigration benefits and actions taken regarding such applications. From the last date of removal, that is, on or about January 30, 2004, the CLAIMS database did not reflect any application had been submitted

under the name Flabio FLORES-MALDONADO for express consent to re-apply.

9. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Flabio FLORES-MALDONADO, also known as Alfredo MALDONADO-ALVARADO with violating Title 8, United States Code, Sections 1326(a) and (b)(1).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25 day of January, 2013,
in West Palm Beach, Florida.

HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8046-JMH

UNITED STATES OF AMERICA

vs.

Flabio FLORES-MALDONADO,
a/k/a "Alfredo Maldonado-Alvarado,"

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
William.Zloch@usdoj.gov